Florence McCarthy, an Infant, by Michael McCarthy, Her Guardian ad Litem, Respondent, v. The Union-Sun Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event. Held, that the finding of the jury that the defendant was guilty of negligence and that the plaintiff was free from contributory negligence was contrary to and against ths weight of the evidence. All concurred, except Spring and Kruse, JJ., who dissented and voted for affirmance.

Fred Hartmetz, Respondent, v. Buffalo Expanded Metal Company, Appellant. —Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon questions of law and of fact. Held, that the finding of the jury that the defendant was guilty of negligence which caused the injury was contrary to and against the weight of the evidence. All concurred; Spring, J., voting for reversal upon the ground that material errors were committed by the trial court.

Inez Dominick, an Infant, by Madison N. Dominick, Her Guardian ad Litem, Respondent, v. Fort Stanwix Canning Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Knickerbocker Trust Company, Respondent, v. Mark Packard, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank A. Weddigan and John Meyer, Respondents, v. William F. Whiting, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Patrick Dowdell, Respondent, v. Lackawanna Steel Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that upon the facts which were submitted to the jury the defendant was not shown to have been guilty of actionable negligence; that under the holding of the trial court the negligence, if any, which caused the accident was the negligence of a coservant of the plaintiff, for which the defendant is not liable. All concurred.

In the Matter of the Estate of Riley Brainard, Deceased.— Decree of Surrogate's Court affirmed, with costs payable by the executor personally. All concurred.

Margaret Wendell, Respondent, v. Michael J. Leo, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Paolini Pasquale, Respondent, v. Michael Del Papa, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles L. Dearcop, Respondent, v. Rochester Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.